**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Criminal Case No. 20-cr-326-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1. SCOTT LOWE,**

Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REDUCED SENTENCE UNDER 18 U.S.C. § 3582(c)(2) AND USSG Amendment 821, Part A (Status Points)**

---

This matter is before the Court on the Defendant's Unopposed Motion for Reduced Sentence Under 18 U.S.C. § 3582(c)(2) and USSG Amendment 821, Part A (Status Points) ("Motion"). (ECF No. 218). The Government filed a response to the Motion ("Response"), reiterating it does not oppose the Motion. (ECF No. 221). The Court having reviewed said Motion and the Government's Response, along with the factors set out in 18 U.S.C. § 3553(a) and USSG §1B1.10, the Court FINDS:

First, Amendment 821 to the United States Sentencing Guidelines, which has been made retroactive pursuant to 28 U.S.C. § 994(u), lowers Defendant's original guideline range. *Compare* USSG §4A1.1(e) (2025) *with* USSG §4A1.1(d) (2021). Second, Defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and USSG §1B1.10. Third, the amended guideline range as reflected in the Motion is correctly

calculated, namely that Defendant's criminal history points are reduced from ten points to nine points, and his criminal history category is reduced from V to IV.

For the reasons set forth above, the Court ORDERS as follows:

1. The Motion (ECF No. 218) is GRANTED;
2. The proposed amended sentence is ACCEPTED. The previously imposed sentence of 63 months as to each of Counts 1 and 3, imposed concurrently, and 60 months as to Count 2, imposed consecutively to Counts 1 and 3, for a total sentence of one-hundred and twenty-three (123) months, is REDUCED to 51 months as to each of Counts 1 and 3, imposed concurrently, and 60 months as to Count 2, imposed consecutively to Counts 1 and 3, for a total sentence of 111 months;
3. All other provisions of the Judgment previously entered shall remain in effect;
4. An AO 247 Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) will follow.

Dated this 18th day of September, 2026.

BY THE COURT:

William J. Martínez
Senior United States District Judge